## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ZUMAR DUBOSE,** | : | |
| **ABDUSH DUBOSE,** | : | |
| **Plaintiffs,** | : | |
| | : | |
| **v.** | : | **Case No. 2:25-cv-0801-JDW** |
| | : | |
| **UNITED STATES ATTORNEY GENERAL,** | : | |
| **Defendant.** | : | |

### ORDER

AND NOW, this 11th day of April, 2025, upon consideration of the *pro se*

Complaint filed by Plaintiffs Zumar DuBose and Abdush DuBose (ECF No. 1) it is

**ORDERED** that the Complaint is **DISMISSED WITHOUT PREJUDICE** for lack of subject

matter jurisdiction for the reasons in the accompanying Memorandum. The Clerk of

Court shall mark this case closed.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J.**